**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1267**

---

THURMAN JEROME BROWN, lead Plaintiff on behalf of himself and others similarly situated and Heir to the estate of Rosa Lee Kee Williams,

       Plaintiff - Appellant,

    v.

REGISTRAR OF DEEDS FOR CLEVELAND COUNTY; SARAH JANE SPIKES, Executor of Estate, also listed as Former Executor; MURRELL K. SPIKES, Executor son/illegal occupant, also listed as participant in fraudulent transfers; RICKEY MCCLUNEY, Pastor of Changers Church, also listed as Title Washing Participant; MARK D. LACKEY, Estate Attorney, also listed as Facilitator of Fraudulent Transfers; DESTANY MCCLUNEY, Illegal Occupant; THOMAS MARTIN, Attorney, drafted fraudulent deeds; REGISTRAR OF DEEDS, Public Official; CLEVELAND COUNTY MAGISTRATE, Judicial Official; MARTHA R. THOMPSON, County Attorney for Cleveland County; FNU LNU, Additional Defendants to be Determined (TBD),

       Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:24-cv-00283-MR-WCM)

---

Submitted:  August 28, 2025               Decided:  September 2, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Thurman Jerome Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurman Jerome Brown appeals the district court's orders dismissing his complaint without prejudice and denying relief on his motion for reconsideration. Because Brown's motion was filed within 28 days of the district court's order of dismissal, we construe it as a Fed. R. Civ. P. 59(e) motion. *See MLC Auto., LLC v. Town of S. Pines*, 532 F.3d 269, 277 (4th Cir. 2008). The timely filing of a Rule 59(e) motion tolls the time to appeal. Fed. R. App. P. 4(a)(4)(A). Thus, we consider Brown's notice of appeal timely as to both the underlying order dismissing his complaint without prejudice and the order denying reconsideration. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Brown v. Registrar of Deeds for Cleveland Cnty.*, No. 1:24-cv-00283-MR-WCM (W.D.N.C. Nov. 26, 2024; Mar. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*